IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BONASORTE and THE PITTSBURGH STOP, INC., <br> Plaintiffs, <br><br> vs <br><br> CITY OF PITTSBURGH, *et al.*, <br> Defendants. | Civil Action No. 18-0243 |

### O R D E R

AND NOW, this 24th day of April, 2018, after a motion to dismiss (ECF No. 14) was filed on behalf of Defendants, along with a brief in support thereof (ECF No. 15),

IT IS ORDERED that the Plaintiffs file an appropriate response including possible affidavits in opposition to the motion, by May 15, 2018.

Failure to file a timely response, unless an extension is secured from the Court, may result in the impositions of sanctions.

                                                  s/Robert C. Mitchell
                                                  ROBERT C. MITCHELL
                                                  United States Magistrate Judge