IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES BONASORTE and THE PITTSBURGH STOP, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 18-243 |
| vs. | ) ) ) ) | Magistrate Judge Robert C. Mitchell/ District Judge Nora Barry Fischer |
| CITY OF PITTSBURGH and GUY COSTA, | ) ) | |
| Defendants. | ) | |

## **O R D E R**

AND NOW, this 10th day of September, 2018, after the Plaintiff filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until September 5, 2018, to file written objections thereto, no objections having been filed, upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation [23], which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Defendants' motion to dismiss [14] be Granted, that the amended complaint [9] be dismissed without prejudice, and that Plaintiffs be given an opportunity to refile a complaint, which shall include every cause of action they intend to bring as separate causes of action, as well as the jurisdictional basis therefor, by no later than **September 24, 2018**.

s/Nora Barry Fischer
United States District Judge

cc: Honorable Robert C. Mitchell
United States Magistrate Judge

All Counsel of Record by electronic filing