# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BONASORTE and THE PITTSBURGH STOP, INC., <br> Plaintiffs, <br><br> vs <br><br> CITY OF PITTSBURGH, *et al.*, <br> Defendants. | Civil Action No. 18-0243 <br> Judge Nora Barry Fischer |

## ORDER OF COURT

AND NOW, this 15th day of April, 2019, in accordance with the foregoing Memorandum Opinion,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation [41] is adopted, in part, and denied, in part;

IT IS FURTHER ORDERED that Defendants, the City of Pittsburgh and Guy Costa's Motion to Dismiss [28] is GRANTED;

IT IS FURTHER ORDERED that Plaintiffs' Second Amended Complaint [25] is DISMISSED, with prejudice; and,

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
U.S. District Judge

cc/ecf: All counsel of record.

1